SCHWARTZ
SLADKUS
REICH
GREENBERG
ATLAS LLP

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

September 17, 2021

**Via ECF**
Honorable James B. Clark
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **RE**: East Coast Aesthetic Surgery NJ v. United Healthcare Insurance Company
       Docket No.: 21-13410

Dear Judge Clark,

  Kindly allow this letter to confirm that the parties have reached settlement in the above-captioned matter. As such, the parties respectfully request that the Court enter a 60-day administrative termination order. As always, we thank the Court for its courtesies in this regard.

            Very truly yours

            s/Michael Gottlieb
            Michael Gottlieb